DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIRJANA GOFORTH,**
Appellant,

v.

**ROBERT JAY GOFORTH; PREMIERE CARE NURSES OF AMERICA, INC.,** a Florida Corporation; and **PREMIER BOCA T. LLC,** a Florida Corporation,
Appellees.

No. 4D16-2241

[August 3, 2017]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger Colton, Sr. Judge/Palm Beach County, Judge; L.T. Case No. 50-2014-DR-010146-XXXXMBFD.

Michael A. Hymowitz of the Hymowitz Law Firm, Sunrise, for appellant.

Stephanie McQueen, West Palm Beach, for appellee Robert Jay Goforth.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***